S94G1740. METROPOLITAN BOY'S CLUB OF COLUMBUS, INC. et al. v. ZENECA, INC.

(454 SE2d 526)

PER CURIAM.

In light of our decision in *Banks v. ICI Americas*, 264 Ga. 732 (450 SE2d 671) (1994), the judgment of the Court of Appeals in *Zeneca, Inc. v. Metropolitan Boys' Club of Columbus*, 214 Ga. App. 169 (447 SE2d 108) (1994) must be reversed. We remand this case to the Court of Appeals with direction that it be reconsidered in view of *Banks v. ICI Americas*, supra.

*Judgment vacated and case remanded with direction to the Court of Appeals. All the Justices concur.*

DECIDED FEBRUARY 20, 1995.

*Webb, Carlock, Copeland, Semler & Stair, Wade K. Copeland*, for appellants.
*Rogers & Hardin, Phillip S. McKinney, Hagler, Hyles & Adams, M. Stephen Hyles, Doffermyre, Shields, Canfield & Knowles, Robert E. Shields, Richard A. Childs*, for appellee.